## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.   21mj02479 O'Sullivan

UNITED STATES OF AMERICA

v.

PRENTISS K. MADDEN,

_____ Defendant. _____ /

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?          Yes  ✔ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✔ No

3.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  ✔ No

4.  Did this matter originate from a matter pending in the Northern or Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)? ✔ Yes ___ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   _____

CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    92454
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:       772-466-0899
Fax:      772-466-1020
Email:   Christopher.hudock@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Christopher H. Hudock

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America )
v. )
)
PRENTISS K. MADDEN, )
)
)
)

Case No. 21mj02479 O'Sullivan

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 3, 2018-February 24, 2021__ in the county of __Miami-Dade__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt or Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |
| 18 U.S.C. § 48(a)(1) | Animal Crushing |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Leah Ortiz
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Face Time.

Date: 3/12/2021

*Judge's signature*

City and state: Miami, Florida

John J. O'Sullivan, Chief U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF**
**LEAH ORTIZ, SPECIAL AGENT**
**HOMELAND SECURITY INVESTIGATIONS**

I, Leah Ortiz, a Special Agent with Homeland Security Investigations (HSI) in Miami, Florida, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT'S BACKGROUND**

1.     I am a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("ICE/HSI") and I have been with the agency since 2001. I am currently assigned to the office of the Special Agent-in-Charge, Miami, Florida. I have completed the Criminal Investigator Training Program and the Customs Basic Enforcement Special Agent Training at the Federal Law Enforcement Training Center in 2001. As part of my daily duties as an HSI agent, I am authorized to investigate violations of federal law, and to execute warrants issued under the authority of the United States. In this capacity, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a), 2252, and 2252A, violations related to the transfer of obscene material to minors, in violation of 18 U.S.C. § 1470, and the coercion and enticement of minors to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media, including computer media.

2.     The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since

1

this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that **Prentiss K. Madden** (hereinafter referred to as "**MADDEN**") has violated Title 18, United States Code, Sections 2252(a)(2) (Receipt of Child Pornography); 2252(a)(4)(B) (Possession of Child Pornography); and 48(a)(1) (Animal Crushing- Bestiality).

## RELEVANT CRIMINAL STATUTES

3.      Title 18, United States Code, Section 2252(a)(2) prohibits knowingly receiving by computer or mail, any visual depiction of minors engaging in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce. That section also prohibits knowingly reproducing any visual depiction of minors engaging in sexually explicit conduct for distribution in interstate or foreign commerce by any means, including by computer or the mail.

4.      Title 18, United States Code, Section  2252(a)(4)(B) makes it unlawful to knowingly possess, or knowingly access with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if—

(i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

(ii) such visual depiction is of such conduct.

2

5.      Title 18, United States Code, Section 48(a)(1) makes it "unlawful for any person to purposely engage in animal crushing in or affecting interstate or foreign commerce." Section 48(f)(1) defines "animal crushing" as "actual conduct in which one or more living non-human mammals[...] is purposely crushed, burned, drowned, suffocated, impaled, or otherwise subjected to serious bodily injury (as defined in section 1365 and including conduct that, if committed against a person and in the special and territorial jurisdiction of the United States, would violate section 2241 or 2242)."

6.      Section 2242(2)(B) prohibits a person from "knowingly-- (2)(B) engag[ing] in a sexual act with another person if that other person is– physically incapable of declining participation in, or communicating unwillingness to engage in, that sexual act." To prove this charge, the government would have to prove three elements:   First, that the defendant knowingly engaged in a sexual act with the victim; second, that the victim was incapable of appraising the nature of the conduct or physically incapable of declining participation in, or communicating unwillingness to engage in that sexual act; and third, the offense was committed within federal jurisdiction.   When read together, Sections 48 and 2242(2)(B) criminalize intercourse with animals, commonly referred to as bestiality.

## SUMMARY OF THE INVESTIGATION

7.      Dropbox Inc., which began its services in 2007, provides various platforms for users to store files – either through individual or business accounts – and typically charges an annual fee for use.   There is also a free app, which has limited capabilities, storage space, and use. All Dropbox platforms provide for the sharing, use, and access to files.   Once a user has access to a file, it is available to that user for full use (i.e., downloading, saving, sharing, etc.).   To create a

3

Dropbox account, you need to supply a first and last name and an email address and create a unique password. From there you must agree to the Dropbox terms of service.

8.     In May 2020, law enforcement received a National Center for Missing and Exploited Children (NCMEC) Cyber Tip which had been filed by Dropbox, Inc. This Cyber Tip indicated a Dropbox user with the username **"Derrick Lane"**, and email address **"anonymous_one6969@yahoo.com"**, had uploaded multiple files of suspected child pornography to Dropbox. Specifically, Dropbox reported approximately one-thousand, six hundred sixty-seven (1,667) files of suspected child pornography were uploaded to the account between June 25, 2018, and February 6, 2020.   According to the Cyber Tip, one hundred and thirty-five (135) of those files contained depictions previously identified by NCMEC as suspected child pornography.

9.     Your affiant reviewed the files in the NCMEC Cyber Tip which were uploaded to the Dropbox account and observed multiple files of suspected child pornography to include the following:

a.     File titled **VID-20160424-WA0049.mp4**, which contains a video file depicting a minor female engaging in anal and / or intercourse with an adult male. Data included in the Cyber Tip indicated this file was uploaded to the Dropbox account on October 13, 2019 at 23:22 hours (UTC).

b.     File titled **jg.avi,** which contains a video file depicting a naked prepubescent female who is bound around her thigh, ankles, and wrists. The prepubescent female engages in oral sex with an adult male, and later the adult male rubs her vagina. The prepubescent female then engages in sexual activity with an animal. Data included in the Cyber Tip indicated the file was uploaded to the Dropbox account on October 13, 2019 at 23:02 hours (UTC).

4

c.      File titled **Asi se mama linda (1).mp4**, which contained a video file depicting a prepubescent female performing oral and anal sex with an adult male. Data in the Cyber Tip indicated the file was uploaded to the Dropbox account on October 14, 2019 at 0:23 hours (UTC).

10.      Furthermore, the Cyber Tip indicated that the Dropbox account was accessed multiple times between June 25, 2018 and February 6, 2020 from IP Address 72.28.146.143, herein referred to as **IP Address 1**, which was thereafter determined to be registered to **MADDEN** at his residence in the 21000 Block of San Simeon Way, Miami, Florida.

11.      Oath Holdings, Inc. responded to a subpoena for subscriber information for the account **anonymous_one6969@yahoo.com**. These records showed that the account was created on November 19, 2007, and that the user provided phone number (256) 682-XXXX (redacted for the purpose of this affidavit), herein referred to as **Phone Number 1,** and an alternate email address of **pk_madden@yahoo.com**. These records also showed that **anonymous_one6969@yahoo.com** had been accessed via **IP Address 1** on July 22, 2020, which was thereafter determined to be registered to **MADDEN** at his residence in Miami, Florida. Furthermore, **anonymous_one6969@yahoo.com** was accessed on August 1, 2020, from a second IP Address, which was thereafter determined to be registered to the Caring Hands Animal Hospital, located in the 20000 Block of Biscayne Blvd, Miami, Florida, in Miami Dade County where **MADDEN** is employed.

12.      Subpoenaed business records from AT&T indicated that as of as of January 25, 2021, **Phone Number 1** was still registered to **MADDEN** at his residence.

13.      On November 10, 2020, Dropbox responded to a federal search warrant for the contents of the account belonging to username **Derrick Lane.** Dropbox provided more than one

5

thousand (1000) files of suspected child pornography contained in the account, in addition to those originally reported in the aforementioned Cyber Tip.  The account contained folders titled with terms indicative of child exploitation, including the terms Infant, Baby, cp (being the known abbreviation for "child pornography"), and incest sale. A review of these folders revealed multiple files of child pornography contained within, including the following:

        a.      File titled **Video Oct03,2 02 42 AM.mp4**, which contained a video depicting a naked male infant laying on his back on a pillow that is sitting on the floor with an adult male aggressively kissing the infant on the mouth and trying to put his tongue in the infant's mouth. The video then shows the adult male licking and sucking on the infant's exposed penis. The video is approximately 45 second in length and was located in the subfolder labeled infant;

        b.      File titled **a530f0e0-b1eb-4efe-a32c-c4596585a747.mp4**, which contained a video depicting a male toddler laying down on his back on a bed wearing only a shirt and an adult male is performing oral sex on the toddlers exposed penis. The video is approximately one minute and fifty-six (56) seconds in length and was located in the folder titled baby; and

        c.      Images of a black male I recognized as **MADDEN**.

    14.    On February 24, 2021, law enforcement executed a federal search warrant at **MADDEN's** residence in Miami Dade County. Utility records and agent surveillance confirmed that **MADDEN** lived there.  During the search of the residence, law enforcement seized multiple pieces of electronic media, including an Apple iPhone X, serial number G6TVJ8TUJCL6, herein referred to as the **Target Device 1**, found in **MADDEN's** living room and a silver Apple iPhone 12 Pro, serial number DNPDJ05B0D88, herein referred to as **Target Device 2**, from **MADDEN's** bedroom.

15.     While on scene, **MADDEN** was advised of his <u>Miranda</u> rights, which he stated he understood and waived both verbally and in writing. Law enforcement interviewed **MADDEN**, **who** stated that he has lived alone at that apartment since September 2018 and stated he owned the **Target Devices. MADDEN** then provided law enforcement with the password for the **Target Devices**, and admitted to owning the Dropbox account associated with **anonymous_one6969@yahoo.com.**

16.     Thereafter, a preliminary forensic examination of the **Target Devices** revealed multiple files of suspected child pornography stored on them. This examination also revealed multiple social media chats, between the user of **Target Device 1**, believed to be **MADDEN**, and other users, which discuss the sexual exploitation of children, as detailed below;

        a.      A social media chat thread with date ranges from December 9, 2018, to November 5, 2020, between the user of the iPhone, identified in the chat as "DM" and believed to be **MADDEN**, and Suspect 1. During this chat, "DM" and Suspect 1 discussed the sexual abuse of animals and children. Specifically, on October 7, 2020, Suspect 1 forwarded to "DM" a video file titled **8cef25ec-bfb6-4f10-a4b2-68b31762e1fc**, which depicted a prepubescent female laying on her back with her legs in the air, naked from the waist down.  The male is rubbing his penis on the prepubescent female's exposed vagina and anus. After receiving the file, "DM" responds *"Where did you get this from??"*. On October 8, 2020, Suspect 1 sent "DM" a video file titled **ce6de315-bea3-4393-9e14-cd74ec37c268**, which depicted a minor male standing naked and masturbating.  After receiving the file, "DM" replies *"Lil fine ass boi"*.

        b.      A social media chat thread dating from October 21, 2018, to October 24, 2018, between the user of **Target Device 1**, identified in the chat as "DM" and believed to be **MADDEN**, and Suspect 2. During this chat, "DM" and Suspect 2 discuss the rape of children.

7

Specifically, on October 21, 2018, at approximately 4:03:03 PM, "DM" states he prefers children *"8-15"*. Continuing on October 21, 2018, "DM" asks Suspect 2 *"Got any pics?"*. Suspect 2 then sent "DM" an image file depicting a prepubescent female performing oral sex on an adult male. After receiving the file, "DM" replies *"Nice!"*.

          c.    A social media chat thread dating from November 1, 2018 to April 23, 2019, between the user of **Target Device 1**, identified as "DM" in the chat and believed to be **MADDEN**, and Suspect 3. Specifically, on November 1, 2018 at approximately 09:15:50 pm, "DM" states that he has been engaging in sexual activity with a minor who is 15-years old. "DM" further states *"Except I still fuck the little dumb 15 yr old every now and then. Supposed to this weekend actually"*. Suspect 3 replies *"The one from Orlando"*. "DM" replies *"Yea"*. Furthermore, on November 4, 2018, at approximately 1:26:58 am, "DM" states *"Yea I'm just waiting for him to sneak out da house"*. Continuing on November 4, 2018, at approximately 1:48:29 AM, "DM" states *"This nigga let me fuck for like 3-4 min and then talkin abt he had to go back in da house"*. Suspect 3 replies *"Smh teenagers"*.

          d.    A social media chat thread dating from May 20, 2019 to January 15, 2020, between the user of **Target Device 1**, identified as "DM" in the chat and believed to be **MADDEN**, and Suspect 4. Specifically, on June 1, 2019, Suspect 4 asks "DM" *"Seen that kid again yet"*. "DM" responds *"Which one?"* Suspect 4 asks *"How many have you played with"* to which "DM" responds *"Idk if you talking abt the teenager I fuck or the kid I was playing wrestle with"*. Suspect 4 replies *"I was talking about the one you was wrestling with lol"* followed by *"Well both then"*. "DM" responds *"Oh nah I don't live near him. I was on a trip when that happened"*. Suspect 4 replies with *"Oh ok"* and then asks, *"What about the teen"*. "DM" responds *"The teenager I saw abt 2-3 weeks ago"*. Suspect 4 states *"Nice"* and then asks, *"How old is he"*. "DM" replies *"He*

*said his family is moving here this summer so prob more in the future,"* followed by *"He turned 16 last week. I can't believe I been fucking him for 2 yrs."[1]*

17.     During the preliminary forensic examination of **Target Device 2**, multiple files of suspected child pornography were observed.  In a social media group chat, between the user of **Target Device 2**, believed to be **MADDEN**, and other users, several files of minor males, naked with exposed genitals and/or engaging in sexual activity were shared including the following:

a.     On or about February 7, 2021, at approximately 10:20:47 am, Suspect 5 sent a video file depicting two naked pre-teen boys.  One boy is performing oral sex on the other.  The video is approximately 59 seconds long.

b.     On or about February 18, 2021, at approximately 4:55:28 am, Suspect 5 sent a video depicting a naked preteen male attempting to have anal sex with what appears to be a naked adult male. This video is approximately 20 seconds in length.

c.     Also, on February 18, 2021, at approximately 5:39:15 am, Suspect 5 sent an image of what appears to be a minor male exposing his erect penis.

18.     While conducting the preliminary forensic examination of **Target Device 2**, your affiant observed several images containing EXIF data, which place **MADDEN** in the Southern District of Florida when he received several of the suspected images of Child Pornography.   The details of the EXIF data are as follows:

a.     **IMG_4802.HEIC** depicts a selfie style photo of a black male who your affiant recognizes as **MADDEN**.  The EXIF data shows the create date/time as February 7, 2021, at approximately 7:14:10 pm (local time).  The data shows the photograph was taken with the front

---

[1]  This investigation is ongoing with regard to the identity of the minor, whom "DM" admitted sexually abusing.

camera of an iPhone 12 Pro.  The GPS coordinates geolocate near **MADDEN's** residential address in Miami-Dade county.

        b.     Phone "locate" data stored within **Target Device 2**, from February 18, 2021, at approximately 8:27:09 PM, shows an origin address of 1230-1244 NE 185th Street, Miami, Florida and a destination address of 11960 Pines Blvd, Pembroke Pines, Florida.  Both of these addresses are located in Miami-Dade County.

        c.     Additionally, a video file titled **IMG_5003.MOV** found on **Target Device 2** depicting a gray and white dog has EXIF data with GPS coordinates that locate back within the vicinity of **MADDEN's** residence.  The create date/time for this video file is February 18, 2021, at approximately 1:54:34 PM (local time).  The data shows the video was taken with an Apple iPhone 12 Pro.

        19.     During the preliminary forensic examination of the **Target Devices**, your affiant also observed several images depicting bestiality. Many of these images were shared during social media chats between the user of the **Target Devices**, believed to be **MADDEN**, and other users, as detailed below:

        a.     A social media chat thread dating from May 20, 2019 to January 15, 2020, between the user of the **Target Devices**, identified in the chat as "DM" and believed to **MADDEN**, and Suspect 4.  The thread starts with "DM" sending several images of digital penetration of a dog's vagina. On May 23, 2019, "DM" send an image of what appears to be a black male engaging in sexual activity with a dog.   The following photo sent to suspect 4 by "DM" is of a black male with a chest tattoo siting on the floor next to a brown and white dog. The dog appears to have a dildo placed in its vagina. On May 26, 2019, Suspect 4 asks *"This is you?"*  "DM" responds *"Yea"*.  Suspect 4, states *"Hot af"* and then asks "Whose dog" and then *"Where is the rest?"*

followed by *"The cum shot"*. "DM" responds *"I didn't take one. I was keeping a dog that needed a home"*.

      b.     On or about May 21, 2019, on a social media thread, the user of the **Target Devices**, identified as "DM" in the chat and believed to be **MADDEN**, sends several of the aforementioned images in paragraph 17(a) of bestiality to suspect 1. Within these images was an additional image of the dildo inside the dog's vagina and an image of a naked black male, I recognized as **MADDEN**, laying down next to a brown and white dog. This image captures the face of **MADDEN**. During this chat "DM" states *"It's still a little too tight but I'm working on it. I couldn't even get 2 fingers in when I started"*. Suspect 1 asks *"Virgin. Can you keep her another night?*" "DM" replies *"I can try it if you wanna come through. I'll have to let you know tomorrow though."* Suspect 1 asks *"Hell yeah, u still playing with that pussy"*. "DM" responds *"Not right now. I took a break cuz I need a dildo"*. Suspect 1 asks *"You gonna shove it in her"*. "DM" replies *"Yea to stretch her if I can find one"*. Suspect 1 responds *"Shit a broom or plunger lol"*. "DM" responds *"My fingers are bigger than that. I need something dick sized…it's easier to stretch with a dildo cuz it hurts to stretch it with your dick. I've done that before and been sore for like 2 days after lol"*. Further in the chat thread suspect 1 asks *"You gave her a seductive or she just that calm"*. "DM" replies *"She real calm. The first vid there wasn't any sedatives when she was laying there looking back at me"*. "DM" followed up with *"But I gave her some after that cuz I know i was gonna be stretching shyt"*.

      20.     During the review of the Dropbox search warrant return, your affiant observed several videos of a person who appeared to be **MADDEN** engaging in sexual activity with dogs to include the following:

       a.      A video file titled **Video Apr 29, 1 26 53 am.mov**, shows a black male digitally penetrating and rubbing his exposed penis on the genitals of a female black/gray dog. EXIF data for this video files indicates that the video was taken on or about April 29, 2019, with an Apple iPhone 7, with GPS coordinates geolocating back to **MADDEN**'s apartment complex in Miami Dade County where **MADDEN** resides, and was residing during this time frame.

       b.      A video file titled **Video May 02, 10 33 36 PM.mov** shows a black male engaging in sexual activity with a female dog. EXIF data for this video file indicates the video was taken on or about May 03, 2018 at approximately 2:33:37am (local time), with an Apple iPhone 7, with GPS coordinates geolocating back to the animal hospital in Miami Dade County, where **MADDEN** is employed as a licensed Veterinarian and the Medical Director. This leads me to believe that **MADDEN** may be abusing animals entrusted to his care. This video is approximately one minute and five seconds long.

    21.     During the post <u>Miranda</u> interview conducted with **MADDEN**, on February 24, 2021, **MADDEN** admitted to previously owning an iPhone 7. This device was not recovered during the execution of the search warrant and **MADDEN** stated he believed he had sold it.

## CONCLUSION

22.     Based on the aforementioned factual information, I respectfully submit that there is

probable cause to believe that **Prentiss K. Madden** has violated Title 18, United States Code,

Sections 2252(a)(2) (Receipt of Child Pornography); 2252(a)(4)(B) (Possession of Child

Pornography); and 48(a)(1) (Animal Crushing- Bestiality).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

Leah Ortiz
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1

by  Face Time          this 12th day of March, 2021.

HONORABLE JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

13