FILED by **KS** D.C.

Apr 27, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20248-CR-MARTINEZ/BECERRA**
CASE NO. _____

18 U.S.C. § 2252(a)(2) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 48(a)(2)(B)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

v.

PRENTISS K. MADDEN,

      **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**18 U.S.C. § 2252(a)(2) and (b)(1)**
**(Receipt of Child Pornography)**

On or about October 8, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PRENTISS K. MADDEN**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such sexually explicit conduct; in violation of Title 18, United States Code Section 2252(a)(2) and (b)(1).

**COUNT 2**
**18 U.S.C. § 2252(a)(2) and (b)(1)**
**(Receipt of Child Pornography)**

On or about February 7, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PRENTISS K. MADDEN**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such sexually explicit conduct; in violation of Title 18, United States Code Section 2252(a)(2) and (b)(1).

**COUNT 3**
**18 U.S.C. § 2252(a)(2) and (b)(1)**
**(Receipt of Child Pornography)**

On or about February 18, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PRENTISS K. MADDEN**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such sexually explicit conduct; in violation of Title 18, United States Code Section 2252(a)(2) and (b)(1).

### COUNT 4
### 18 U.S.C. § 2252(a)(4)(B) and (b)(2)
### (Possession of Child Pornography)

On or about February 24, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

### PRENTISS K. MADDEN,

did knowingly possess matter, that is, one (1) iPhone 12 Pro, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve (12) years of age.

## COUNT 5
## 18 U.S.C. § 48(a)(2)(B)
### (Creation of Animal Crush Video)

On or about May 23, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**PRENTISS K. MADDEN,**

did knowingly create an animal crush video, which was distributed in, and using a means and facility of, interstate commerce, in violation of, Title 18, United States Code, Sections 48(a)(2)(B) and 2.

### **CRIMINAL FORFEITURE**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **PRENTISS K. MADDEN,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18 United States Code, Section 2253, the following property:

    (a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such offense; and

    (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and any property traceable to such property

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

(1) iPhone X smartphone, Model MQCN2LL/A, IMEI # 35672308007210; seized on or about February 24, 2021;

(2) iPhone 12 Pro smartphone, Model MGJW3LL/A, IMEI #356681111299299, seized on or about February 24, 2021; and

(3) Silver Apple MacBook Pro Laptop, Model A1278, Serial # C1MPM3NKDTY3, seized on or about February 24, 2021.

All pursuant to Title 18, United States Code, Section 2253(a) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.** _____

UNITED STATES OF AMERICA

v.

PRENTISS K. MADDEN,
                Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? **No**

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   **No**

                                             Respectfully submitted,
                                             JUAN ANTONIO GONZALEZ
                                             ACTING UNITED STATES ATTORNEY

BY: _/s/ Christopher H. Hudock_
      Christopher H. Hudock
      Assistant United States Attorney
      FLA Bar No.   92454
      101 South U.S. Highway 1, Suite 3100
      Fort Pierce, Florida 34950
      Tel: 772-293-0951
      Fax: 772-466-1020
      Email: Christopher.Hudock@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PRENTISS K. MADDEN

　　　　　　Defendant.　　　　　　/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)　[ ] Yes　[ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I　　0 to 5 days　　　[✓]
   - II　　6 to 10 days　　[ ]
   - III　11 to 20 days　　[ ]
   - IV　21 to 60 days　　[ ]
   - V　　61 days and over [ ]

   (Check only one)
   - Petty　　　　　[ ]
   - Minor　　　　　[ ]
   - Misdemeanor　　[ ]
   - Felony　　　　　[✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-mj-02479-O'SULLI**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **3/16/2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Christopher H. Hudock
Assistant United States Attorney
FLA Bar No.　　92454

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** PRENTISS K. MADDEN

**Case No:** _____

Counts #: 1-3

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2)

**\*Max. Penalty:** 20 years
   \***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 4

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B)

**\*Max. Penalty:** 20 years (image of prepubescent minor or minor under 12 years of age)
   \***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 5

Creation of Animal Crush Video

Title 18, United States Code, Section 48(a)(2)(B)

**\*Max. Penalty:** 7 years
   \***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**