UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20248-CR-JEM

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

PRENTISS MADDEN,
    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, PRENTISS MADDEN, by and through the undersigned counsel, respectfully files this Unopposed Motion to Continue the Trial and in support thereof states as follows:

1. This matter is scheduled for Calendar Call on July 29, 2021 and Trial on August 2, 2021.

2. Undersigned counsel just took over as counsel on this matter on July 12, 2021.

3. Secondly, undersigned counsel just received the entire discovery package which is extremely voluminous as there are several phone dumps with thousands of documents to review.

4. Undersigned counsel is in extensive plea negotiations with the government and additional time will be needed in order continue those plea negotiations.

5. Undersigned counsel conferred with AUSA, Christopher Hudock who agreed that additional time would be beneficial for both sides to attempt to resolve this matter by way of a plea.

6. Accorindgly, the undersigned seeks for this matter to be continued by forty (45) days.

7. This Motion is made in good faith and not for the purpose of delay. The defendant understands that the time of the continuance will be excluded under the speedy trial act.

**WHEREFORE**, the Defendant respectfully requests that this Court grant his Unopposed Motion to Continue Trial and enter an Order in accordance herewith.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Christopher Hudock, Assistant United States Attorney, Office of the United States Attorney**, on this 19th day of July, 2021.

Respectfully submitted,

By: *s/ Michael Mirer*
    MICHAEL MIRER, ESQ.
    Florida Bar No.  0119490
    Attorney for the Defendant
    100 Biscayne Blvd, Suite 1300
    Miami, Florida 33130
    Tel.: 305-536-6177
    Fax: 305-536-6179

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20248-CR-JEM

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

PRENTISS MADDEN,
        Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Unopposed Motion to Continue the Trial said Motion and being otherwise fully advised on its premises, it is hereby:

**ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion to Continue the Trial is hereby_____.
_____
_____
_____

**DONE AND ORDERED** Miami-Dade, FL this _____ day of _____ 2021.

_____
THE HONORABLE JOSE E. MARTINEZ
U.S. DISTRICT COURT JUDGE

cc:    Michael Mirer, Esq.
        Christopher Hudock, AUSA