UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20248-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA,

v.

PRENTISS K. MADDEN,

　　　　　　　Defendant.
_____/

## FACTUAL PROFFER

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and Prentiss K. MADDEN, together with his counsel, admits if this case were to proceed to trial, the government would be able to prove the allegations contained within the Indictment, which charges the defendant with three counts of receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1), one count of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), and one count of creation of animal crush video, in violation of Title 18, United States Code, Section 48(a)(2)(B) and the following facts, among others, beyond a reasonable doubt. The defendant also stipulates that those allegations, elements of the crimes and the following recitation of the facts shall constitute the underlying factual basis for the entry of a plea of guilty in this case:

　　　　1.　　In May 2020, law enforcement received a National Center for Missing and Exploited Children (NCMEC) Cyber Tip which had been filed by Dropbox, Inc. This Cyber Tip indicated a Dropbox user with the username "Derrick Lane", and email address "anonymous_one6969@yahoo.com", had uploaded multiple files of suspected child pornography to Dropbox. Specifically, Dropbox reported approximately one-thousand, six

Court Exhibit #1

hundred sixty-seven (1,667) files of suspected child pornography were uploaded to the account between June 25, 2018, and February 6, 2020. According to the Cyber Tip, one hundred and thirty-five (135) of those files contained depictions previously identified by NCMEC as suspected child pornography.

2. Special Agent Leah Ortiz of the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") reviewed the suspected files from the NCMEC tip and confirmed that they were child pornography.

3. Furthermore, the Cyber Tip indicated that the Dropbox account was accessed multiple times between June 25, 2018 and February 6, 2020 by an IP Address XX.XX.146.143, determined to be registered to MADDEN at his residence in the 21000 Block of San Simeon Way, Miami, Florida.

4. SA Ortiz subpoenaed Oath Holdings, Inc. regarding anonymous_one6969@yahoo.com, one of the accounts used to register the Dropbox account identified by NCMEC. Oath Holdings, Inc. records listed a phone number and an alternate email address of pk_madden@yahoo.com. These records also showed that the email account was accessed by the same IP Address used to access the Dropbox account, as well as a second IP Address registered to MADDEN's place of employment.

5. A federal search warrant for the contents of the Dropbox account belonging to username Derrick Lane provided more than one thousand (1000) files of suspected child pornography, in addition to those files originally reported in the aforementioned Cyber Tip. The account contained folders titled with terms indicative of child exploitation, including the terms Infant, Baby, cp (being the known abbreviation for "child pornography"), and incest sale. A

2

review of these folders revealed multiple files of child pornography contained within, including the following:

    a.    File titled Video Oct03,2 02 42 AM.mp4, which contained a video depicting a naked male infant laying on his back on a pillow that is sitting on the floor with an adult male aggressively kissing the infant on the mouth and trying to put his tongue in the infant's mouth. The video then shows the adult male licking and sucking on the infant's exposed penis. The video is approximately 45 second in length and was located in the subfolder labeled infant;

    b.    File titled a530f0e0-b1eb-4efe-a32c-c4596585a747.mp4, which contained a video depicting a male toddler laying down on his back on a bed wearing only a shirt and an adult male is performing oral sex on the toddlers exposed penis. The video is approximately one minute and fifty-six (56) seconds in length and was located in the folder titled baby; and

    c.    Images of a black male SA Ortiz recognized as MADDEN.

6.    On February 24, 2021, law enforcement executed a federal search warrant at MADDEN's residence in Miami Dade County, and seized electronic media, including an Apple iPhone X found in MADDEN's living room and a silver Apple iPhone 12 Pro from MADDEN's bedroom.

7.    While on scene, MADDEN was advised of his *Miranda* rights, which he stated he understood and waived both verbally and in writing. Law enforcement interviewed MADDEN, who stated that he has lived alone at that apartment since September 2018, admitted that he owned the iPhone X and iPhone 12, and the password for those devices. MADDEN also admitted owning the Dropbox account associated with anonymous_one6969@yahoo.com.

8. After agents seized the devices, they conducted preliminary forensic examinations that revealed multiple files of suspected child pornography stored on the devices. These examinations also revealed multiple social media chats, between MADDEN, and other users, which discussed the sexual exploitation of children.

9. "ce6de315-bea3-4393-9e14-cd74ec37c268" is a video file located on MADDEN's iPhone X, received in a social media chat on October 8, 2020 by a social media account registered to anonymous_one6969@yahoo.com. The video showed a minor male standing naked and masturbating. After receiving the file, "DM" replies in a social media chat *"Lil fine ass boi"*. Agents located another video, "IMG_2427.mov" of a gray dog created on the same day, on the same device, with EXIF data geolocating nearby MADDEN's apartment in Miami-Dade County.

10. "4c94b402-0c83-413a-bc50-b7c96c2455d4.mp4" is a video file that agents also located on MADDEN's iPhone 12 Pro in a social media chat that occurred on February 7, 2021. That video showed one minor boy performing oral sex on another minor boy. In addition to this video, agents also found a photo on the iPhone 12 Pro titled IMG_4802.HEIC. The photo was a "selfie" of MADDEN and it contained EXIF data showing that it was created on February 7, 2021 with GPS coordinates that geolocated near MADDEN's apartment. Agents also obtained MADDEN's work records, which showed that he had appointments in the Southern District of Florida on February 7, 2021.

11. "b94307d4-b921-4a85-9c78-d6a9871ec69d.mp4" is a video file that agents also located on MADDEN's iPhone 12 Pro in a social media chat that occurred on February 18, 2021. That video showed a naked preteen male attempting to have anal sex with an adult male. In addition to this video, agents found a video file "IMG_5003.mov" on the iPhone 12 Pro depicting

a gray and white dog. The video had EXIF data showing that it was created on February 18, 2021 with GPS coordinates that geolocated near MADDEN's apartment.

12. Agents also located the following videos and photos contained on MADDEN's phones on February 24, 2021:

   a. "a530f0e0-b1eb-4efe-a32c-c4596585a747.mp4" is a video file located on MADDEN's iPhone 12 Pro. The video depicts a male toddler laying on his back wearing only a shirt and an adult male performing oral sex on the toddler's exposed penis.

   b. "2b186c39-1901-4f78-ab2b-73e7be92e988" is a photo that was also located on MADDEN's iPhone 12 Pro. The picture shows a prepubescent female, naked from the waist down with her legs spread open, exposing her vagina.

   c. "2014_Pedo_Film_0037_Boy_2Yo_Blaest_Und_Schluckt.avi" is a video file located on MADDEN's iPhone 12 Pro. The video depicts a naked adult male masturbating and ejaculating onto the mouth and face of a male toddler.

13. Finally, agents located the following videos created by MADDEN depicting him engaged in animal crushing (bestiality), as well as social media chats discussing animal crushing:

   a. "May 02, 10 33 36 PM.mov" is a video file that depicts MADDEN having sex with a female dog. The video was located in MADDEN's Dropbox account and contained EXIF data showing that it was created on May 3, 2018 by an iPhone 7, with GPS coordinates that geolocate near the animal hospital where MADDEN worked. The video

   b. "IMG_4510.MOV" is a video file located on MADDEN's iPhone 12 that depicts MADDEN with his lion chest tattoo visible, inserting a dildo into a brown and white female dog's vagina while he is masturbating. Agents discovered that MADDEN

5

sent this video to another person in a social media chat. This video contains EXIF data that showed it was created on May 23, 2019 with GPS coordinates that geolocate near MADDEN's apartment.

c. Agents also located chats before and after May 23, 2019, relating to the brown and white dog. On May 21, 2019, MADDEN had a social media conversation about a brown and white dog that contained images of MADDEN lying next to the dog. In the conversation MADDEN states,

> *"It's still a little too tight but I'm working on it. I couldn't even get 2 fingers in when I started".* Suspect 1 asks *"Virgin. Can you keep her another night?* "DM" replies *"I can try it if you wanna come through. I'll have to let you know tomorrow though."* Suspect 1 asks *"Hell yeah, u still playing with that pussy".* "DM" *responds "Not right now. I took a break cuz I need a dildo".* Suspect 1 asks *"You gonna shove it in her".* "DM" replies *"Yea to stretch her if I can find one".* Suspect 1 responds *"Shit a broom or plunger lol".* "DM" responds *"My fingers are bigger than that. I need something dick sized... it's easier to stretch with a dildo cuz it hurts to stretch it with your dick. I've done that before and been sore for like 2 days after lol".* Further in the chat thread suspect 1 asks *"You gave her a seductive or she just that calm".* "DM" replies *"She real calm. The first vid there wasn't any sedatives when she was laying there looking back at me".* "DM" followed up with *"But I gave her some after that cuz I know i was gonna be stretching shyt".*

d. MADDEN also participated in another social media chat beginning on May 23, 2019, and continuing through May 26, 2019, in which he sends a photo of the same conduct depicted in "IMG_4510.MOV". During the conversation, the other participant asks, *"This is you?"* "DM" responds *"Yea".* Suspect 4, states *"Hot af"* and then asks "Whose dog" and then *"Where is the rest?"* followed by *"The cum shot".* "DM" responds *"I didn't take one. I was keeping a dog that needed a home".*

e. "IMG_1268.MOV" is a video file located on MADDEN's iPhone 12 that depicts MADDEN having sex with a gray and white dog. The video contains EXIF data

6

that showed that it was created on July 26, 2020 by an iPhone X with GPS coordinates that geolocate near MADDEN's apartment.

14. The parties agree that these facts, which do not include all the facts known to the government and the defendant, are sufficient to prove beyond a reasonable doubt that:

    a. (i) on October 8, 2020, MADDEN knowingly received a visual depiction that was transported in interstate commerce, that was produced using a minor engaged in sexually explicit conduct, that depicted the same, and that MADDEN knew that at least one performer was a minor engaged in sexually explicit conduct;

    b. (ii) on February 7, 2021, MADDEN knowingly received a visual depiction that was transported in interstate commerce, that was produced using a minor engaged in sexually explicit conduct, that depicted the same, and that MADDEN knew that at least one performer was a minor engaged in sexually explicit conduct;

    c. (iii) on February 18, 2021, MADDEN knowingly received a visual depiction that was transported in interstate commerce, that was produced using a minor engaged in sexually explicit conduct, that depicted the same, and that MADDEN knew that at least one performer was a minor engaged in sexually explicit conduct;

    d. (iv) on February 24, 2021, MADDEN knowingly possessed 1,667 visual depictions that were produced with minors engaging in sexually explicit conduct, that depicted the same, that MADDEN knew the visual depictions was of a minor engaging in sexually explicit conduct, and that the visual depictions were transported in interstate commerce; and

7

e. (v) on May 23, 2019, MADDEN knowingly created an animal crush video that was distributed in interstate commerce.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 7/28/21   By: _____
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

Date: 7/29/21   By: _____
MICHAEL P. MIRER
ATTORNEY FOR DEFENDANT

Date: 7/29/21   By: *For* _____ *Michael Mirer for client*
PRENTISS K. MADDEN                              *Prentiss Madden*
DEFENDANT

8