**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20248-CR-MARTINEZ**

**UNITED STATES OF AMERICA**

v.

**PRENTISS K. MADDEN,**

          **Defendant.**
_____/

**UNITED STATES' NOTICE OF EXTENDED SENTENCING HEARING**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and files this notice of extended sentencing hearing, and in support states the following:

1. On March 16, 2021, the defendant was arrested on a criminal complaint issued in this case. Then, on April 28, 2021, a federal grand jury in the Southern District of Florida returned an indictment charging the defendant with three counts of receipt of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1); one count of possession of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2); and one count of creation of an animal crush video, in violation of Title 18, United States Code, Section 48(a)(2)(B) (DE 18).

2. On July 29, 2021, the defendant plead guilty to all five counts of the Indictment (DE 38; DE 39). The defendant's sentencing hearing is scheduled for October 8, 2021 (DE 40).

3. The Undersigned has consulted with counsel for the defendant. The parties agree that sentencing will take approximately 90 minutes to address the defendant's objections to the

presentence investigation report, sentencing enhancements, and the Title 18, U.S.C. § 3553(a) factors. The United States plans to call three witnesses in support of its sentencing recommendation.

**WHEREFORE**, the Government respectfully requests this Honorable Court to allot 90 minutes for sentencing.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:  **/s/Christopher H. Hudock**
Christopher H. Hudock
Assistant United States Attorney
Florida Bar# 92454
101 South U.S. Highway 1
Suite 3100
Fort Pierce, Florida 34950
Telephone: (772) 293-0951
Email: Christopher.hudock@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery.

**/s/Christopher H. Hudock**
Christopher H. Hudock
Assistant United States Attorney